IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-24-GCM

| | |
|---|---|
| LADJEBE R. LARE, KWAME A. AGYEI, HENRY SUMAH and ETCHEN KOUAHO, Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>EXPRESS CATERING, INC., and FRANK FUMICH,<br><br>        Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Jason T. Brown,** filed February 19, 2014 [doc.# 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Brown is admitted to appear before this court *pro hac vice* on behalf of plaintiffs.

**IT IS SO ORDERED.**

Signed: February 24, 2014

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge