**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-00024-GCM**

| | |
|---|---|
| KWAME A. AGYEI, ETCHIEN KOUAHO, ) <br> LADJEBE R. LARE and HENRY SUMAH, ) <br> Individually and on Behalf of All Others ) <br> Similarly Situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> EXPRESS CATERING, INC. and FRANK ) <br> FUMICH, ) <br> ) <br> Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Trial is currently scheduled in this matter for May 4, 2015. (*See* Pretrial Order, Doc. No. 11). On November 12, 2014, the Court stayed all discovery in this matter pending the resolution of Defendants' Motion for Summary Judgment (Doc. No. 12), except for discovery on two limited topics raised in that motion. The Court also directed the parties to confer and propose a new schedule for discovery on these topics. On December 12, 2014 the parties filed their Joint Discovery Plan and Schedule outlining the scope and extent of discovery and specifying that all depositions should be completed by April 15, 2015. (*See* Doc. No. 45). Therefore, as discovery in this matter is ongoing, the Court will continue the trial date until September 8, 2015.

**IT IS THEREFORE ORDERED** that trial in this matter in continued until **September 8, 2015.**

**IT IS FURTHER ORDERED** that the parties should notify the Court as soon as practicable after April 15, 2015 as to their progress on discovery. If appropriate, the parties may also propose a schedule for the filing of supplemental briefs at that time.

**SO ORDERED.**

Signed: April 2, 2015

Graham C. Mullen
United States District Judge