**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:14-CV-00024-GCM**

| | |
|---|---|
| KWAME A. AGYEI, ETCHIEN KOUAHO, LADJEBE R. LARE, HENRY SUMAH, ELSHAD TALAKHADEZ, and AYAO KOKOU-MADUVO, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) |
| EXPRESS CATERING, INC. and FRANK FUMICH, | )<br>) |
| Defendants. | ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** upon the parties' Joint Motion for Settlement (Doc. No. 52). The parties request that the Court conduct an *in camera* review of and approve the confidential Settlement Agreement and Releases for Plaintiffs Kwame A. Agyei, Etchien Kouaho, Ladjebe R. Lare, Henry Sumah, Elshad Talakhadez, and Ayao Kokou-Maduvo. The parties desire to settle the claims of each of these Plaintiffs and further consent to the dismissal of all of Plaintiffs' claims with prejudice.

Plaintiffs have asserted claims against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"). Accordingly, this Court has reviewed and scrutinized the parties' confidential Settlement Agreement and Releases. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Having conducted an *in camera* review of the parties' confidential Settlement Agreement and Releases, the Court is satisfied that the parties' settlement of this contested case is fair,

reasonable, and in the best interest of the Plaintiffs. The Settlement Agreement and Releases reflect a reasonable compromise of disputed issues. Both Plaintiffs and Defendants are represented by counsel who have protected their respective rights in this matter.

For the reasons stated above, the Court approves the parties' confidential Settlement Agreement and Releases.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Settlement (Doc. No. 52) is **GRANTED**. All claims in this matter are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions in this case are **DENIED as MOOT**.

**SO ORDERED.**

Signed: August 25, 2015

Graham C. Mullen
United States District Judge