# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kwame A Agyei<br>Henry Sumah<br>Ayao Kokou-Maduvo<br>Etchien Kouaho<br>Ladjebe R Lare<br>Elshad Talakhadez, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00024-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Express Catering, Inc.<br>Frank Fumich, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2015 Order.

August 25, 2015

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court